IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIA SIDIAKINA and SHERRYL BAECKEL,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES G. BERTOLI, JUDGE, ET AL.,<br><br>    Defendants.<br>_____ / | No. C 10-03157 JSW<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE** |

Since the date the Court denied Plaintiff's motion for a temporary restraining order on February 20, 2011, there has been no further activity in this matter. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than August 5, 2011, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: July 19, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIA SIDIAKINA et al,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES G. BERTOLI et al,<br><br>    Defendant.<br>_____/ | Case Number: CV10-03157 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Natalia A. Sidiakina
746 Adobe Drive
Santa Rosa, CA 95404

Sherryl Baeckel
10520 Village Road
Moreno Valley, CA 92557

Dated: July 19, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2