**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATALIA SIDIAKINA and SHERRYL BAECKEL,

    Plaintiffs,

  v.

JAMES G. BERTOLI, JUDGE, ET AL.,

    Defendants.

No. C 10-03157 JSW

**ORDER DISMISSING PLAINTIFF SHERRYL BAECKEL**

    On July 19, 2011, this Court issued an order to show caused to Plaintiffs as to why this case should not be dismissed for failure to prosecute. The Court admonished Plaintiffs that failure to respond to the order would result in dismissal. The Court has received Plaintiff Natalia Sidiakina's response and accordingly does not dismiss her action. Having not received any response – or any filing whatsoever – from Plaintiff Sherryl Baeckel, her claims are dismissed with leave to amend.

    The Clerk is directed to terminate Sherryl Baeckel as a Plaintiff in this matter.

    **IT IS SO ORDERED.**

Dated: August 31, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATALIA SIDIAKINA et al,

    Plaintiff,

 v.

JAMES G. BERTOLI et al,

    Defendant.

Case Number: CV10-03157 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Natalia A. Sidiakina
P.O. Box 1187
Tiburon, CA 94920

Sherryl Baeckel
10520 Village Road
Moreno Valley, CA 92557

Dated: August 31, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk