IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATALIA SIDIAKINA,

    Plaintiff,

v.

JAMES G. BERTOLI, JUDGE, ET AL.,

    Defendants.

No. C 10-03157 JSW

**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

The Court has received Plaintiff's ex parte application for an extension of time to file an opposition to the pending motion to dismiss. The Court GRANTS Plaintiff's application just as it granted Defendants' motion to an extension of time to respond to the complaint. Plaintiff shall have until June 11, 2012 to file her opposition to the motion to dismiss. Defendants shall have until June 29, 2012 to file a reply.

**IT IS SO ORDERED.**

Dated: May 31, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATALIA SIDIAKINA et al,

    Plaintiff,

  v.

JAMES G. BERTOLI et al,

    Defendant.

Case Number: CV10-03157 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Natalia A. Sidiakina
746 Adobe Drive
Santa Rosa, CA 95404

Sherryl Baeckel
10520 Village Road
Moreno Valley, CA 92557

Dated: May 31, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk