IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATALIA SIDIAKINA,     No. C 10-03157 JSW

    Plaintiff,

v.     **ORDER VACATING HEARING**

JAMES G. BERTOLI, JUDGE, ET AL.,

    Defendants.

_____/

    Now before the Court for consideration is the motion to dismiss filed by the Defendants. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The Court VACATES the hearing scheduled for August 10, 2012, and it takes the motion under submission and shall issue a ruling in due course.

    **IT IS SO ORDERED.**

Dated: August 6, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATALIA SIDIAKINA et al,

    Plaintiff,

v.

JAMES G. BERTOLI et al,

    Defendant.

           /

Case Number: CV10-03157 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Natalia A. Sidiakina
P.O. Box 1187
Tiburon, CA 94920

Dated: August 6, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk