Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
JUDGE JAMES G. BERTOLI; JUDGE ROBERT S. BOYD; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA; COURT OF APPEAL, FIRST APPELLATE DISTRICT; PRESIDING JUSTICE IGNAZIO J. RUVOLO and JUDICIAL COUNCIL OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATALIA A. SIDIAKINA,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES G. BERTOLI, JUDGE, in his official and personal capacity; ROBERT S. BOYD, JUDGE, in his official and personal capacity; SUPERIOR COURT OF SONOMA COUNTY; CALIFORNIA COURT OF APPEAL, FIRST APPELLATE DISTRICT, DIVISION FOUR; IGNAZIO J. RUVOLO, PRESIDING JUSTICE, in his official capacity; STATE OF CALIFORNIA; JUDICIAL BRANCH OF CALIFORNIA GOVERNMENT; and JUDICIAL COUNCIL OF CALIFORNIA,<br><br>          Defendants. | Case No: CV 10-03157 JSW<br><br>**DEFENDANTS JUDGE JAMES G. BERTOLI; JUDGE ROBERT S. BOYD; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA; COURT OF APPEAL, FIRST APPELLATE DISTRICT; PRESIDING JUSTICE IGNAZIO J. RUVOLO AND JUDICIAL COUNCIL OF CALIFORNIA'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION**<br><br>**ORDER OVERRULING OBJECTIONS AND DIRECTING DEFENDANTS TO SERVE A COPY OF ORDER ON PLAINTIFF** |

Defendants' Opposition to Plaintiff's *Ex Parte* Application [CV 10-03157 JSW]

1  Defendants Judge James G. Bertoli; Judge Robert S. Boyd; Superior Court of California,
2  County of Sonoma; Court of Appeal, First Appellate District; Presiding Justice Ignazio J. Ruvolo
3  and Judicial Council of California ("Defendants") hereby object to Plaintiff's *Ex Parte*
4  Application entered by the Court on August 6, 2012 and apparently filed on May 29, 2012.
5  Despite the requirements enunciated by F.R.C.P. § 5(a)(1) and this Court's prior Order requiring
6  Plaintiff to serve Defendants with all filed documents (Court's December 16, 2011 Order – Docket
7  at 38), Plaintiff continues to file documents without serving copies to Defendants. As a result,
8  Defendants have not received a copy of Plaintiff's current Application, nor do they have any
9  knowledge of the substance of Plaintiff's request therein. Pursuant thereto, Defendants object to
10 Plaintiff's Application and request the Court decline to rule until such time as Plaintiff serves
11 Defendants with copies of all such pleadings and provides the Court with an executed proof of
12 service.

Dated: August 7, 2012

Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/s/ Kevin E. Gilbert_____
Kevin E. Gilbert
Attorney for Defendants
JUDGE JAMES G. BERTOLI; JUDGE ROBERT S. BOYD; SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA; COURT OF APPEAL, FIRST APPELLATE DISTRICT; PRESIDING JUSTICE IGNAZIO J. RUVOLO and JUDICIAL COUNCIL OF CALIFORNIA

**Defendant's objections are DENIED. The document in question was submitted to the Court on May 29, 2012, and was addressed in the Court's Order May 31, 2012 (Docket No. 50.) The Court discovered that, inadvertently, the original was never filed in the Court's Docket, however, and thus the Court directed that it be filed in the record.**

**The Court also determined that the matters therein were sealable.**

**efendants shall serve a copy of this Order on Plaintiff.**

**August 7, 2012**

*/s/ Jeffrey S. White*

1948448.1