FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NATALIA A. SIDIAKINA,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>JAMES G. BERTOLI, Judge; ROBERT S. BOYD, Judge; SUPERIOR COURT OF SONOMA COUNTY; IGNAZIO RUVOLO, Judge; CALIFORNIA COURT OF APPEAL, First Appellate District, Division 4; JUDICIAL BRANCH OF CALIFORNIA GOVERNMENT; STATE OF CALIFORNIA,; JUDICIAL COUNCIL OF CALIFORNIA,<br><br>        Defendants - Appellees. | No. 12-17235<br><br>D.C. No. 3:10-cv-03157-JSW<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: FISHER, RAWLINSON, and MURGUIA, Circuit Judges.

    Appellees' Request for Judicial Notice, filed on October 9, 2013, is GRANTED as to Items A and B only. Appellees' Request for Judicial Notice for Items C through E is DENIED as unnecessary.