# RECORDS RETURN

**FILED**

2015 APR 13 P 2: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DATE: April 9, 2015

TO: U.S DISTRICT COURT CLERK'S OFFICE
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 522-2000

FROM: U.S. COURT OF APPEALS, NINTH CIRCUIT



TITLE: <u>Sidiakina v. Bertoli</u>

CA No. 12-17235        DC No. C 10-03157-JSW

Returning:

1 EXPANDO